# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIEP VAN NGUYEN,  Petitioner, | ) ) ) | |
| vs. | ) ) | Civil Action No. 13-238 |
| BOBBY L. MEEKS,  Respondent. | ) ) ) ) ) | District Judge Cathy Bissoon  Magistrate Judge Susan Paradise Baxter |

## **MEMORANDUM ORDER**

On August 12, 2013, this case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates. On July 7, 2014, the magistrate judge issued a Report and Recommendation (Doc. 12) recommending that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be dismissed for lack of subject matter jurisdiction. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 5th day of August, 2014,

IT IS HEREBY ORDERED that the July 7, 2014 Report and Recommendation (Doc. 12) is adopted as the opinion of the Court. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is dismissed for lack of subject matter jurisdiction.

                s/ Cathy Bissoon
                Cathy Bissoon
                United States District Judge

cc:

All counsel of record by Notice of Electronic Filing

Via U.S. Mail

Diep Van Nguyen
62202-066
Federal correctional Institution - Mckean
P.O. Box 8000
Bradford, PA 16701